## HENRY L. JOHNSON *vs*. JOHN N. O. HOXSIE.

The court before which an action is pending has power to permit the defendant
to file out of time the affidavit of defence required by Gen. Laws R. I. cap.
239, § 14.

A defendant may be heard on the question of damages in a defaulted case.

ASSUMPSIT. Heard on defendant's exceptions to the rul-
ings of a district court.

*February* 11. 1897. PER CURIAM. We are of the opinion
that the court below erred in holding that it had no power
to permit the defendant to file out of time the affidavit of
defence required by Gen. Laws R. I. cap. 239, § 14. Gen.
Laws R. I. cap. 246, § 2, gives the court power to set aside a
default at any time within six months, to reinstate the case
or make a new entry, and to take other proceedings. It
would be of little avail to a defendant to have a default set
aside and the case reinstated unless he could be permitted to
make a defence, which he could not do without having been
allowed an extension of time to file his affidavit of defence.

It has always been the practice to permit a defendant to
be heard on the question of the assessment of damages in a
defaulted case.

Exceptions sustained, and case remitted to the District
Court of the Fourth Judicial District for further proceedings.

*Albert R. Greene*, for plaintiff.

*Samuel W. K. Allen*, for defendant.